633 A.2d 587

Thomas J. CAPALDI, a/k/a Robert Caponie, Appellant,

v.

COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE.

Supreme Court of Pennsylvania.

Argued and Decided Oct. 19, 1993.

John Packel, Owen W. Larrabee, Philadelphia, for T.J. Capaldi.

Catherine Marshall, Philadelphia, for Com.

Arthur R. Thomas, Harrisburg, for P.B.P.P.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., dissents.